# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EDITH MAE MAY,<br><br>      Plaintiff,<br><br>v.<br><br>DOCTOR, DOCTORS, NAPH CARE MEDICAL SERVICES, NAPH CARE INSURANCE COMPANY, KATHLEEN SUMMERS, VICTORIA REGISTERED NURSE NAPH CARE, CORPORAL DOBBS, KENOSHA SHERIFFS INSURANCE COMPANY, KENOSHA SHERIFF, KENOSHA COUNTY JAIL, KENOSHA COUNTY INSURANCE COMPANY, KENOSHA SHERIFFS DEPARTMENT, CITY OF KENOSHA, and COUNTY OF KENOSHA,<br><br>      Defendants. | Case No. 23-CV-1404-JPS<br><br>**ORDER** |

  Plaintiff, a prisoner proceeding pro se, filed a civil rights complaint on October 20, 2023, along with a later filed motion to proceed without prepayment of the filing fee. ECF Nos. 1, 4. On November 15, 2023, the Court ordered Plaintiff to pay an initial partial filing fee ("IPFF") of $11.67 on or before December 14, 2023. ECF No. 6. The order warned Plaintiff that the failure to comply with that requirement may result in the dismissal of the case without further notice. *Id.* at 4. On November 15, 2023, Plaintiff filed a motion to amend the complaint, ECF No. 7. On November 30, 2023, Plaintiff filed a motion for an extension of time to pay the filing fee. ECF No. 8.

First, the Court grants Plaintiff's motion to amend the complaint. Federal Rule Civil Procedure 15 provides that amendment should be freely granted, and the Court has yest to screen the complaint. Second, although Plaintiff does not specify the reason needed for an extension, given her current state of incarceration and limited resources, the Court, for good cause shown, will grant Plaintiff's motion for an extension of time. Plaintiff must pay the $11.67 initial partial filing fee on or before **January 14, 2024,** or this case may be dismissed, without prejudice, and without further notice for Plaintiff's failure to prosecute.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to amend the complaint, ECF No. 7, be and the same is hereby **GRANTED;**

**IT IS FURTHER ORDERED** that the Clerk of Court docket the proposed amended complaint, ECF No. 7-1, as the amended complaint;

**IT IS FURTHER ORDERED** that Plaintiff's motion for an extension of time to pay the initial partial filing fee, ECF No. 8, be and the same is hereby **GRANTED;** Plaintiff must pay the IPFF of $11.67 on or before **January 14, 2024**; the failure to do so may result in the dismissal of this case, without prejudice, for Plaintiff's failure to prosecute; and

**IT IS FURTHER ORDERED** that a copy of this Order be sent to the officer in charge of the agency where Plaintiff is confined.

Dated at Milwaukee, Wisconsin, this 11th day of December, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge